UNITED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIETTA HITCHCOCK and RICHARD HITCHCOCK, individually and the marital community comprised thereof,<br><br>Plaintiff,<br>vs.<br><br>COUNTRY PREFERRED INSURANCE COMPANY d/b/a COUNTRY FINANCIAL, a foreign insurance company,<br><br>Defendant. | No. 2:26-cv-03281-JLR<br><br>**ORDER FOR DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: 09/23/2026** |

**ORDER**

IT IS SO ORDERED:

The parties' joint motion to dismiss (Dkt. # 10) is GRANTED. All claims in this action shall be dismissed without prejudice and without fees and costs. The Clerk is DIRECTED to close this matter.

DATED this 23rd day of September, 2026.

Judge James L. Robart



SPENCER INJURY LAW, PLLC
11400 Airport Road, Suite 100
Everett, WA 98204
(425) 300-1955

Presented By:

SPENCER INJURY LAW, PLLC

Cassidy Spencer

______________________________
Cassidy Spencer, WSBA #50569
*Attorney for Plaintiff*

CLYDE & CO US LLP

*/s/ H. Matthew Munson*

______________________________
H. Matthew Munson, WSBA #32019
401 Union Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 689-8500
Facsimile: (206) 689-8501
Email: matthew.munson@clydeco.com
*Attorney for Defendant*